UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DR. RALPH DE LA TORRE, M.D.,

    *Plaintiff*,

v.

BERNARD SANDERS, *et al.*

    *Defendants*.

Civil Action No. 24-cv-02776

**CERTIFICATE OF SERVICE**

I, ALEXIS M. RALEIGH, hereby certify pursuant to 28 U.S.C. § 1746:

1. I am over the age of eighteen years and am not a party to the above-captioned action.

2. I am employed as a paralegal by the law firm Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel"), attorneys for Plaintiff Dr. Ralph de la Torre in the above-captioned action.

3. On September 30, 2024, Quinn Emanuel filed a Complaint in the above-captioned action in the United States District Court for the District of Columbia.

4. In accordance with Federal Rule of Civil Procedure 4(i), service was timely effected upon Defendants Bernard Sanders, in his capacity as Chairman of the Committee on Health, Education, Labor, and Pensions of the United States Senate; Bill Cassidy, M.D., in his capacity as Ranking Member of the Committee on Health, Education, Labor, and Pensions of the United States Senate; Patty Murray, in her capacity as a member of the Committee on Health, Education, Labor, and Pensions of the United States Senate; Robert P. Casey, Jr., in his capacity as a member of the Committee on Health, Education, Labor, and Pensions of the United States Senate; Tammy Baldwin, in her capacity as a member of the Committee on Health, Education, Labor, and Pensions

of the United States Senate; Christopher Murphy, in his capacity as a member of the Committee on Health, Education, Labor, and Pensions of the United States Senate; Tim Kaine, in his capacity as a member of the Committee on Health, Education, Labor, and Pensions of the United States Senate; Margaret Wood Hassan, in her capacity as a member of the Committee on Health, Education, Labor, and Pensions of the United States Senate; Tina Smith, in her capacity as a member of the Committee on Health, Education, Labor, and Pensions of the United States Senate; Ben Ray Luján, in his capacity as a member of the Committee on Health, Education, Labor, and Pensions of the United States Senate; John W. Hickenlooper, in his capacity as a member of the Committee on Health, Education, Labor, and Pensions of the United States Senate; Edward J. Markey, in his capacity as a member of the Committee on Health, Education, Labor, and Pensions of the United States Senate; Susan M. Collins, in her capacity as a member of the Committee on Health, Education, Labor, and Pensions of the United States Senate; Lisa Murkowski, in her capacity as a member of the Committee on Health, Education, Labor, and Pensions of the United States Senate; Mike Braun, in his capacity as a member of the Committee on Health, Education, Labor, and Pensions of the United States Senate; Roger Marshall, M.D., in his capacity as a member of the Committee on Health, Education, Labor, and Pensions of the United States Senate; Mitt Romney, in his capacity as a member of the Committee on Health, Education, Labor, and Pensions of the United States Senate; Tommy Tuberville, in his capacity as a member of the Committee on Health, Education, Labor, and Pensions of the United States Senate; Markwayne Mullin, in his capacity as a member of the Committee on Health, Education, Labor, and Pensions of the United States Senate;  Ted Budd, in his capacity as a member of the Committee on Health, Education, Labor, and Pensions of the United States Senate; and the Committee On Health, Education, Labor, and Pensions of the United States Senate, (collectively, "Defendants").

5.      In accordance with Federal Rule of Civil Procedure 4(i)(2), service was timely effected upon Defendants by sending on October 1, 2024 via certified mail a true and correct copy of the Summons, Complaint, Civil Cover Sheet, the Court's Standing Order, and the *pro hac vice* applications of attorneys Alexander J. Merton and Kaylee A. Otterbacher (collectively, "the Documents") to each Defendant at the following addresses:

1) Bernard Sanders, in his capacity as Chairman of the Committee on Health, Education, Labor, and Pensions of the United States Senate at 332 Dirksen Senate Office Building, 50 Constitution Ave NE, Washington, D.C. 20510;

2) Bill Cassidy, M.D., in his capacity as Ranking Member of the Committee on Health, Education, Labor, and Pensions of the United States Senate at 455 Dirksen Senate Office Building, 50 Constitution Ave NE, Washington, D.C. 20510;

3) Patty Murray, in her capacity as a member of the Committee on Health, Education, Labor, and Pensions of the United States Senate on 154 Russell Senate Office Building, 2 Constitution Ave NE, Washington, D.C. 20510;

4) Robert P. Casey, Jr., in his capacity as a member of the Committee on Health, Education, Labor, and Pensions of the United States Senate at 393 Russell Senate Office Building, 2 Constitution Ave NE, Washington, D.C. 20510;

5) Tammy Baldwin, in her capacity as a member of the Committee on Health, Education, Labor, and Pensions of the United States Senate at 141 Hart Senate Office Building, 120 Constitution Ave NE, Washington, D.C. 20510;

6) Christopher Murphy, in his capacity as a member of the Committee on Health, Education, Labor, and Pensions of the United States Senate at 136 Hart Senate Office Building, 120 Constitution Ave NE, Washington, D.C. 20510;

7) Tim Kaine, in his capacity as a member of the Committee on Health, Education, Labor, and Pensions of the United States Senate in 231 Russell Senate Office Building , 2 Constitution Ave NE, Washington, D.C. 20510;

8) Margaret Wood Hassan, in her capacity as a member of the

      Committee on Health, Education, Labor, and Pensions of the United States Senate in 324 Hart Senate Office Building, 120 Constitution Ave NE, Washington, D.C. 20510;

9)   Tina Smith, in her capacity as a member of the Committee on Health, Education, Labor, and Pensions of the United States Senate at 720 Hart Senate Office Building, 120 Constitution Ave NE, Washington, D.C. 20510;

10)   Ben Ray Luján, in his capacity as a member of the Committee on Health, Education, Labor, and Pensions of the United States Senate at 498 Russell Senate Office Building, 2 Constitution Ave NE, Washington D.C. 20510;

11)   John W. Hickenlooper, in his capacity as a member of the Committee on Health, Education, Labor, and Pensions of the United States Senate in 374 Russell Senate Office Building, 2 Constitution Ave NE, Washington, D.C. 20510;

12)   Edward J. Markey, in his capacity as a member of the Committee on Health, Education, Labor, and Pensions of the United States Senate at 255 Dirksen Senate Office Building, 50 Constitution Ave NE, Washington, D.C. 20510;

13)   Susan M. Collins, in her capacity as a member of the Committee on Health, Education, Labor, and Pensions of the United States Senate at 413 Dirksen Senate Office Building, 50 Constitution Ave NE, Washington, D.C. 20510;

14)   Lisa Murkowski, in her capacity as a member of the Committee on Health, Education, Labor, and Pensions of the United States Senate in 522 Hart Senate Office Building, 120 Constitution Ave NE, Washington, D.C. 20510;

15)   Mike Braun, in his capacity as a member of the Committee on Health, Education, Labor, and Pensions of the United States Senate at 404 Russell Senate Office Building, 2 Constitution Ave NE, Washington, D.C. 20510;

16)   Roger Marshall, M.D., in his capacity as a member of the Committee on Health, Education, Labor, and Pensions of the United States Senate at 479A Russell Senate Office Building, 2 Constitution Ave NE, Washington, D.C. 20510;

17)   Mitt Romney, in his capacity as a member of the Committee on Health, Education, Labor, and Pensions of the United States Senate at 354 Russell Senate Office Building, 2 Constitution Ave NE, Washington, D.C. 20510;

18) Tommy Tuberville, in his capacity as a member of the Committee on Health, Education, Labor, and Pensions of the United States Senate at 455 Russell Senate Office Building, 2 Constitution Ave NE, Washington, D.C. 20510;

19) Markwayne Mullin, in his capacity as a member of the Committee on Health, Education, Labor, and Pensions of the United States Senate at 330 Hart Senate Building, 120 Constitution Ave NE, Washington, D.C. 20510;

20) Ted Budd, in his capacity as a member of the Committee on Health, Education, Labor, and Pensions of the United States Senate in 304 Russell Senate Office Building, 2 Constitution Ave NE, Washington, D.C. 20510; and

21) The Committee On Health, Education, Labor, And Pensions Of The United States Senate at 428 Senate Dirksen Office Building, 50 Constitution Ave NE, Washington, D.C. 20510.

6. The Documents were delivered to the above offices on October 4, 2024, as evidenced by the United States Postal Service Tracking System. A copy of the certified mail receipts and tracking information from the United States Postal Service are attached as **Exhibit 1.**

7. I declare under penalty of perjury that the foregoing statements are true and correct.

Executed on this 25th day of October, 2024 in Washington, D.C.

                                                       */s/ Alexis M. Raleigh*
                                                       Alexis M. Raleigh