UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DR. RALPH DE LA TORRE, M.D., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BERNARD SANDERS, in his capacity as ) <br> Chairman of the Committee on Health, Education, ) <br> Labor, and Pensions of the United States Senate, ) <br> *et al.*, ) <br> ) <br> Defendants. ) | Civil Action No. 1:24-cv-02776-TNM |

### DEFENDANTS' MOTION TO DISMISS AMENDED COMPLAINT

Defendants U.S. Senate Committee on Health, Education, Labor, and Pensions, Chairman Bernard Sanders, Ranking Member Bill Cassidy, and 18 other Members of the Committee – Senators Patty Murray, Robert P. Casey, Jr., Tammy Baldwin, Christopher Murphy, Tim Kaine, Margaret Wood Hassan, Tina Smith, Ben Ray Lujan, John W. Hickenlooper, Edward J. Markey, Susan M. Collins, Lisa Murkowski, Mike Braun, Roger Marshall, Mitt Romney, Tommy Tuberville, Markwayne Mullin, and Ted Budd – through undersigned counsel, hereby respectfully move the Court, pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), to dismiss plaintiff's amended complaint for lack of jurisdiction and failure to state a claim upon which relief can be granted. In support of the motion, defendants respectfully refer the Court to the accompanying Memorandum of Points and Authorities.

Respectfully submitted,

/s/ Morgan J. Frankel
Morgan J. Frankel, Bar #342022
Senate Legal Counsel

                                      Patricia Mack Bryan, Bar #335463
                                      Deputy Senate Legal Counsel

                                      Thomas E. Caballero
                                      Senior Assistant Senate Legal Counsel

                                      Vivian M. Rivera
                                      Assistant Senate Legal Counsel

                                      Office of Senate Legal Counsel
                                      642 Hart Senate Office Building
                                      Washington, D.C. 20510-7250
                                      (202) 224-4435 (tel), (202) 224-3391 (fax)

Dated: December 23, 2024            Attorneys for Defendants