**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| DR. RALPH DE LA TORRE, M.D.,<br><br>        Plaintiff,<br><br>v.<br><br>BERNARD SANDERS, in his capacity as Chairman of the Committee on Health, Education, Labor, and Pensions of the United States Senate, *et al*.,<br><br>        Defendants. | Civil Action No. 1:24-cv-02776-TNM |

**PLAINTIFF'S MOTION FOR LEAVE TO CONDUCT**
**LIMITED JURISDICTIONAL DISCOVERY**

Plaintiff Dr. Ralph de la Torre ("Dr. de la Torre"), by and through undersigned counsel, hereby respectfully moves the Court for leave to conduct jurisdictional discovery for the limited purpose of ascertaining additional facts to support this Court's jurisdiction and Dr. de la Torre's standing to bring his claims. In support of this Motion, Plaintiff submits the accompanying Memorandum of Points and Authorities.

Pursuant to Local Rule 7(m) and this Court's Standing Order (ECF 5), undersigned counsel has conferred with counsel for Defendants to determine whether there is any opposition to the relief sought and to narrow the areas of disagreement. Defendants have indicated that they intend to oppose the Motion.

Dated: January 2, 2025

Respectfully submitted,


By: */s/ Alexander J. Merton*
William A. Burck (D.C. Bar No. 979677)
Alexander J. Merton (D.C. Bar No. 1029439)
   (*pro hac vice*)
Kaylee A. Otterbacher (D.C. Bar No. 90018061)
   (*pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN,
LLP
1300 I Street NW, Suite 900
Washington, District of Columbia 20005-3314
(202) 538-8000
williamburck@quinnemanuel.com
ajmerton@quinnemanuel.com
kayleeotterbacher@quinnemanuel.com

*Counsel to Plaintiff Dr. Ralph de la Torre*