UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DR. RALPH DE LA TORRE, M.D.,<br><br>            Plaintiff,<br><br>v.<br><br>BERNARD SANDERS, in his capacity as Chairman of the Committee on Health, Education, Labor, and Pensions of the United States Senate, *et al.*,<br><br>            Defendants. | Civil Action No. 1:24-cv-02776-TNM |

## PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS AMENDED COMPLAINT

Plaintiff Dr. Ralph de la Torre, M.D., by and through his undersigned counsel, respectfully submits this opposition to *Defendants' Motion to Dismiss Amended Complaint* (ECF 18), and respectfully refers this Court to the *Memorandum Of Points And Authorities In Support Of Plaintiff's Opposition To Defendants' Motion To Dismiss* (ECF 21-1), filed concurrently herewith. For reasons set forth therein, Defendants' Motion should be denied in full. A Proposed Order is attached.

Dated: January 6, 2025

                                                            Respectfully submitted,

                                                            By: */s/ Alexander J. Merton*
                                                            William A. Burck (D.C. Bar No. 979677)
                                                            Alexander J. Merton (D.C. Bar No. 1029439)
                                                                (*pro hac vice*)
                                                            Kaylee A. Otterbacher (D.C. Bar No. 90018061)
                                                                (*pro hac vice*)
                                                            QUINN EMANUEL URQUHART & SULLIVAN, LLP

1300 I Street NW, Suite 900
Washington, District of Columbia 20005-3314
(202) 538-8000
williamburck@quinnemanuel.com
ajmerton@quinnemanuel.com
kayleeotterbacher@quinnemanuel.com

*Counsel to Plaintiff Dr. Ralph de la Torre*