UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DR. RALPH DE LA TORRE, M.D., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BERNARD SANDERS, in his capacity as ) <br> Chairman of the Committee on Health, Education, ) <br> Labor, and Pensions of the United States Senate, ) <br> *et al.*, ) <br> ) <br> Defendants. ) | Civil Action No. 1:24-cv-02776-TNM |

**NOTICE OF DEFENDANT SENATORS NO LONGER SERVING AS MEMBERS
OF THE COMMITTEE ON HEALTH, EDUCATION, LABOR, AND PENSIONS
IN THE 119th CONGRESS**

Notice is hereby given that the defendant Senators listed below, who are named in their capacities as members of the Committee on Health, Education, Labor, and Pensions, *see* Amended Complaint, ECF No. 17, Caption, no longer serve on that Committee in the 119th Congress. In addition, the defendants denoted with an "*" are no longer Members of the Senate.

Senator Robert P. Casey, Jr. *
Senator Tina Smith
Senator Ben Ray Luján
Senator Mike Braun *
Senator Mitt Romney *
Senator Ted Budd

Respectfully submitted,

/s/ Morgan J. Frankel
Morgan J. Frankel, Bar #342022
Senate Legal Counsel

Patricia Mack Bryan, Bar #335463
Deputy Senate Legal Counsel

                                          Thomas E. Caballero
                                        Senior Assistant Senate Legal Counsel

                                        Vivian M. Rivera
                                        Assistant Senate Legal Counsel

                                        Office of Senate Legal Counsel
                                        642 Hart Senate Office Building
                                        Washington, D.C. 20510-7250
                                        (202) 224-4435 (tel), (202) 224-3391 (fax)

Dated: January 22, 2025                Attorneys for Defendants