UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DR. RALPH DE LA TORRE, M.D.**,<br><br>Plaintiff,<br><br>v.<br><br>**BILL CASSIDY, M.D.**, in his capacity as Chairman of the Committee on Health, Education, Labor and Pensions of the United States Senate, *et al.*,<br><br>Defendants. | Case No. 1:24-cv-02776 (TNM) |

# ORDER

Upon consideration of Defendants' [18] Motion to Dismiss and Plaintiff's [20] Motion for Discovery, the briefing related to these motions, the pleadings, and the relevant law, it is hereby

**ORDERED** that Defendants' Motion to Dismiss is GRANTED without prejudice; it is further

**ORDERED** that Plaintiff's [20] Motion for Discovery is DENIED.

The Clerk of Court is requested to close the case. This is a final, appealable order. *See* Fed. R. App. P. 4(a).

**SO ORDERED**.

Dated: September 16, 2025

TREVOR N. McFADDEN, U.S.D.J.