UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DR. RALPH DE LA TORRE, M.D.,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>BERNARD SANDERS, in his capacity as Chairman of the Committee on Health, Education, Labor, and Pensions of the United States Senate, *et al.*,<br><br>　　　　　Defendants. | Civil Action No. 1:24-cv-02776-TNM |

**PLAINTIFF'S NOTICE OF APPEAL**

Please take notice that Plaintiff Dr. Ralph de la Torre hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the Court's September 16, 2025 Order (ECF No. 27) and accompanying Memorandum Opinion (ECF No. 26).

Dated: October 1, 2025

　　　　　　　　　　　　　　　　　　　　　*/s/ Alexander J. Merton*
　　　　　　　　　　　　　　　　　　　　　William A. Burck (D.C. Bar No. 979677)
　　　　　　　　　　　　　　　　　　　　　Alexander J. Merton
　　　　　　　　　　　　　　　　　　　　　　(D.C. Bar No. 1029439)
　　　　　　　　　　　　　　　　　　　　　Kaylee A. Otterbacher
　　　　　　　　　　　　　　　　　　　　　　(D.C. Bar No. 90018061)
　　　　　　　　　　　　　　　　　　　　　QUINN EMANUEL URQUHART &
　　　　　　　　　　　　　　　　　　　　　SULLIVAN, LLP
　　　　　　　　　　　　　　　　　　　　　1300 I Street NW, Suite 900
　　　　　　　　　　　　　　　　　　　　　Washington, DC 20005-3314
　　　　　　　　　　　　　　　　　　　　　(202) 538-8000
　　　　　　　　　　　　　　　　　　　　　williamburck@quinnemanuel.com
　　　　　　　　　　　　　　　　　　　　　ajmerton@quinnemanuel.com
　　　　　　　　　　　　　　　　　　　　　kayleeotterbacher@quinnemanuel.com

　　　　　　　　　　　　　　　　　　　　　*Counsel to Plaintiff Dr. Ralph de la Torre*